UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | LA CV25-08181-MWC-SSC | Date | July 22, 2026 |
| Title | Mark Hathaway, et al. v. 3M Company, et al. | | |

Present: The Honorable MICHELLE WILLIAMS COURT, U.S. District Judge

| | |
|---|---|
| T. Jackson | Not Reported |
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| N/A | N/A |

**Proceedings: (IN CHAMBERS) ORDER SETTING ORDER TO SHOW CAUSE RE DISMISSAL AS TO 3M COMPANY ONLY (DKT. 116) AND HOLDING IN ABEYANCE AMENDED JOINT STIPULATION TO REMAND CASE BACK TO STATE COURT (DKT. 117)**

On July 21, 2026, a notice of resolution was filed stating that a settlement has been reached between Plaintiff and Defendant 3M Company. The Court sets an Order to Show Cause re Dismissal for **September 22, 2026**. If a dismissal is not filed by September 22, 2026, counsel shall file a response to the Order to Show Cause, which includes the status of the settlement and the anticipated date the dismissal will be filed. The response shall not include any substantive contents of any settlement discussions between the parties. In light of the foregoing, all dates and deadlines are vacated as to **3M Company**, only. The parties' Amended Joint Stipulation to Remand Case Back to State Court (Dkt. # 117) is further **HELD IN ABEYANCE**.